UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

AGGELIKOS PROSTATIS CORP.,

                Plaintiff,        08 Civ. 9094 (JGK)

     - against -              OPINION AND ORDER

SHUN DA SHIPPING GROUP LTD. and ZHENG
TAI SHIPPING GROUP LTD.,

                Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiff's emergency motion for a stay of execution of the Court's January 30, 2009 Order vacating the maritime attachment pending the plaintiff's appeal of the Order to the Court of Appeals for the Second Circuit is **denied**. However, the stay of the vacatur order is **continued** until **February 20, 2009 at 5:00 p.m.** to allow the plaintiff to seek a stay pending appeal before the Court of Appeals for the Second Circuit.

SO ORDERED.

Dated:    New York, New York
           February 17, 2009

                                        _____
                                          John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/09